Mark A. Crabtree, OSB #015070
mark.crabtree@jacksonlewis.com
Leslie Boro, OSB #173662
leslie.boro@jacksonlewis.com
JACKSON LEWIS P.C.
200 SW Market St., Ste. 540
Portland, Oregon 97201
Telephone: (503) 229-0404
Facsimile: (503) 229-0405
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ANTHONY PERKINS, an individual,<br>Plaintiff,<br>v.<br><br>HSS SECURITY, LLC,<br><br>Defendant. | Case No.: 6:24-cv-00906-AA<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

Please take notice that, pursuant to Federal Rule of Civil Procedure 7.1, counsel for Defendant HSS Security, LLC ("Defendant") makes the following disclosure:

Defendant is a limited liability company organized under Delaware law with its principal place of business in Colorado. No publicly held corporation owns 10% or more interest in Defendant.

Dated: July 16, 2024

Respectfully submitted,

JACKSON LEWIS P.C.

By: *s/ Leslie Boro*

Mark A. Crabtree, OSB #015070
mark.crabtree@jacksonlewis.com
Leslie Boro, OSB #173662
leslie.boro@jacksonlewis.com

Attorneys for Defendant



**Jackson Lewis P.C.**
200 SW Market St. Ste. 540
Portland OR 97201
(503) 229-0404 | (503) 229-0405 (fax)

## DECLARATION OF SERVICE

I hereby certify that I served the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** via:

- ☐ Electronic Mail
- ☐ US Postal Service
- ■ CM/ECF
- ☐ Facsimile Service
- ☐ Hand Delivery
- ☐ UPS

as follows on the date stated below:

Andrew Lewinter
Andrew Lewinter, Attorney, P.C.
132 E. Broadway, Suite 821
Eugene, OR 97401
andrew@lewinter.com

*Attorney for Plaintiff*

DATED this 16th day of July 2024.

By: *s/ Arielle De Freitas*
Arielle De Freitas



**Jackson Lewis P.C.**
200 SW Market St. Ste. 540
Portland OR 97201
(503) 229-0404 | (503) 229-0405 (fax)